[No. 59316-1-I. Division One. March 31, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN LEWAYNE THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-07049-2, Richard A. Jones, J., entered December 18, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59358-7-I. Division One. March 31, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER CHARLES LOY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-10952-5, J. Wesley Saint Clair, J., entered December 21, 2006. *Affirmed* by unpublished per curiam opinion.

[Nos. 59479-6-I; 59572-5-I. Division One. March 31, 2008.]

LOUIS KELLER ET AL., *Appellants*, v. SIXTY-01 ASSOCIATION OF APARTMENT OWNERS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-30081-2, Sharon S. Armstrong, J., entered January 17, 2006. *Affirmed* by unpublished opinion per Schindler, A.C.J., concurred in by Becker and Dwyer, JJ.

[No. 59533-4-I. Division One. March 31, 2008.]

*In the Matter of the Estate of* CHARLENE MAUSER.

EWALD MAUSER, *Individually and as Former Trustee, Appellant*, v. HEATHER DUFFELMEYER ET AL., *as Co-Administrators and Co-Trustees, Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-4-00795-5, Richard J. Thorpe, J., entered February 5, 2007. *Affirmed in part* and *remanded* by unpublished per curiam opinion.